```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 07 B 00623
   RICHARD T SHAFER
   LYNN A SHAFER                           CHAPTER 13

                                           JUDGE: BRUCE W BLACK
         Debtor
   SSN XXX-XX-6811      SSN XXX-XX-3750
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 01/14/07 and confirmed on 05/03/07.

   2.  The case was dismissed after confirmation, 10/05/2007.

   3.  The Debtor paid a total of $   2387.54 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WASHINGTON MUTUAL BANK | CURRENT MORTG | .00 | .00 | .00 |
| WASHINGTON MUTUAL BANK | MORTGAGE ARRE | 5717.10 | .00 | .00 |
| GMAC RESCAP LLC | SECURED | .00 | .00 | .00 |
| GMAC RESCAP LLC | MORTGAGE ARRE | 1002.20 | .00 | .00 |
| CONSUMER PORTFOLIO SERVI | SECURED VEHIC | 5799.30 | 99.16 | 507.92 |
| GRUNDY COUNTY COLLECTOR | SECURED | 3444.34 | .00 | 738.06 |
| LAKEWOOD TRAILS HOA | SECURED | 180.00 | .00 | 55.80 |
| TOYOTA MOTOR CREDIT CORP | SECURED VEHIC | .00 | .00 | .00 |
| VILLAGE OF MINOOKA | SECURED | 1396.57 | .00 | 174.60 |
| MUTUAL HOSPITAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 2686.02 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 647.66 | .00 | .00 |
| CENTRAL DUPAGE HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CREDITORS DISCOUNT & AUD | UNSECURED | NOT FILED | .00 | .00 |
| NORTHWEST FAMILY HOSPITA | UNSECURED | NOT FILED | .00 | .00 |
| GE MONEY BANK | UNSECURED | 4253.34 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1023.91 | .00 | .00 |
| KOMYATTE & ASSOCIATES | UNSECURED | NOT FILED | .00 | .00 |
| CUSTOM COLLECTION SERVIC | UNSECURED | 741.00 | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| COMMUNITY HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| MEDICAL BUSINESS BUREAU | UNSECURED | NOT FILED | .00 | .00 |
| MIDWEST PATHOLOGY | UNSECURED | NOT FILED | .00 | .00 |
| PATHOLOGY CONSULTANTS | UNSECURED | 368.48 | .00 | .00 |
| RUSH PEDIATRIC MEDICAL S | UNSECURED | NOT FILED | .00 | .00 |
| RUSH PRESBYTERIAN-ST LUK | UNSECURED | NOT FILED | .00 | .00 |
| ST MARGARET MERCY HEALTH | UNSECURED | NOT FILED | .00 | .00 |

```
UNIVERSITY GASTROENTEROL  UNSECURED          NOT FILED              .00          .00
WEST CENTRAL ANESTHESIOL  UNSECURED          NOT FILED              .00          .00
WHITING MEDICAL CENTER    UNSECURED          NOT FILED              .00          .00
CAPITAL ONE BANK          UNSECURED            381.28               .00          .00
       Summary of disbursements:
-------------------------------------------------------------------------------
                      SECURED      PRIORITY    UNSECURED        OTHER       TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED   17539.51         .00      10101.69          .00     27641.20
PRINCIPAL PAID        1476.38         .00           .00          .00      1476.38
INTEREST PAID           99.16         .00           .00          .00        99.16
TOTAL PAID            1575.54         .00           .00          .00      1575.54
```

The Debtor's attorney, JOHN C DENT                 , was allowed $    3000.00
and was paid $    329.00   direct and $    742.05   through the plan.

The Trustee received $     69.95 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


     Dated: 12/10/08                    /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE




                              PAGE   2
         CASE NO. 07 B 00623 RICHARD T SHAFER & LYNN A SHAFER